B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>AMW Environmental Services, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>c/o Adam Sulik, Registered Agent<br>158 Circle Ridge Drive, Burr Ridge, Illinois 60527<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>DuPage<br>ZIP CODE 60527 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Environmental |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page                            Name of Debtor AMW Environmental Services, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ (signed)  10/15/2013 | x /s/ Craig A. Goode                    10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Witold Sulik | SmithAmundsen, LLC |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 150 N. Michigan Ave. Ste. 3300, Chicago, IL 60601 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (312) 894-3200 |
| | Telephone No. |

| x /s/ (signed)  10/15/2013 | x /s/ Craig A. Goode                    10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Marcin Swierzowski | SmithAmundsen, LLC |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 150 N. Michigan Ave. Ste. 3300, Chicago, IL 60601 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (312) 894-3200 |
| | Telephone No. |

| x /s/ (signed)  10/15/2013 | x /s/ Craig A. Goode                    10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Vasyl Vakalyuk | SmithAmundsen, LLC |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 150 N. Michigan Ave. Ste. 3300, Chicago, IL 60601 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (312) 894-3200 |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Witold Sulik 9910 W. 57th St., Countryside, IL 60525 | Money owed | 92,107.73 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Marcin Swierzowski 370 55th St, Clarendon Hills, IL 60516 | Money owed | 69,367.40 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Vasyl Vakalyuk 834 N. Campbell Chicago, IL 60622 | Money owed | 5,612.40 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

[ Reset ]                                            [ Save As... ]        [ Print ]

B 5 (Official Form 5) (12/07) – Page                              Name of Debtor AMW Environmental Services, Inc.

                                                                  Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ | x /s/ Craig A. Goode       10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) 10.15.2013 | Signature of Attorney              Date |
| Mikhaylo Ivasenko | SmithAmundsen, LLC |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (312) 894-3200 |
| | Telephone No. |

| x _[signature]_ | x /s/ Craig A. Goode       10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) 10.15.2013 | Signature of Attorney              Date |
| Petro Khryshchevskyy | SmithAmundsen, LLC |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (312) 894-3200 |
| | Telephone No. |

| x _[signature]_ | x /s/ Craig A. Goode       10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) 10.15.2013 | Signature of Attorney              Date |
| Mykola Kravchenko | SmithAmundsen, LLC |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (312) 894-3200 |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mikhaylo Ivasenko, 2237 W. Iowa St., Chicago, IL 60622 | Money owed | 7,352.60 |
| Petro Khryshchevskyy, 2315 N. 76th Ct, Elmwood Pk, IL | Money owed | 17,568.60 |
| Mykola Kravchenko, 2632 W. Iowa St. Chicago, IL 60622 | Money owed | 10,856.60 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____continuation sheets attached

[ Reset ]                                                       [ Save As... ]     [ Print ]

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  AMW Environmental S(

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Pavlo Boshahora                    10.15.2013 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x /s/ Craig A. Goode                 10/07/2013 <br> Signature of Attorney           Date <br> SmithAmundsen, LLC <br> Name of Attorney Firm (If any) <br> 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 <br> Address <br> (312) 894-3200 <br> Telephone No. |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Ihor Bozhahora                  10.15.2013 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x /s/ Craig A. Goode                 10/07/2013 <br> Signature of Attorney           Date <br> SmithAmundsen, LLC <br> Name of Attorney Firm (If any) <br> 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 <br> Address <br> (312) 894-3200 <br> Telephone No. |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Ihor Hevko                    10.15.2013 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x /s/ Craig A. Goode                 10/07/2013 <br> Signature of Attorney           Date <br> SmithAmundsen, LLC <br> Name of Attorney Firm (If any) <br> 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 <br> Address <br> (312) 894-3200 <br> Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Boshahora, Pavlo, 2315 N. 76th Ct Elmwood Pk, IL 60607 | Money owed | 55,730.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Bozhahora, Ihor, 2315 N. 76th Ct Elmwood Pk, IL 60607 | Money owed | 20,701.40 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Hevko, Ihor, 3058 W. Cortland Chicago, IL 60647 | Money owed | 12,334.60 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

___4___ continuation sheets attached

[ Reset ]                                              [ Save As... ]    [ Print ]

B 5 (Official Form 5) (12/07) – Page                                    Name of Debtor AMW Environmental Services, Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ [signature] | x /s/ Craig A. Goode                 10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) 10.15 2013 | Signature of Attorney                        Date |
| Bogdan Kinakh | SmithAmundsen, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 |
| Name & Mailing | Address |
| Address of Individual | (312) 894-3200 |
| Signing in Representative | Telephone No. |
| Capacity |  |

| x /s/ [signature] | x /s/ Craig A. Goode                 10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) 10.15.2013 | Signature of Attorney                        Date |
| Roman Osvitsinskyy | SmithAmundsen, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 |
| Name & Mailing | Address |
| Address of Individual | (312) 894-3200 |
| Signing in Representative | Telephone No. |
| Capacity |  |

| x /s/ [signature] | x /s/ Craig A. Goode                 10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) 10-15-2013 | Signature of Attorney                        Date |
| Jerzy Srebrny | SmithAmundsen, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 |
| Name & Mailing | Address |
| Address of Individual | (312) 894-3200 |
| Signing in Representative | Telephone No. |
| Capacity |  |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bogdan Kinakh 2442 W. Cortez Street Chicago, IL 60622 | Money owed | 4,746.20 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Roman Osvitsinskyy 8936 N. Parkside Ave. Des Plaines, IL | Money owed | 4,163.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jerzy Srebrny 5645 W. George Street Chicago, IL 60634 | Money owed | 15,075.80 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

[Reset]                                                                        [Save As...]    [Print]

Document   Page 6 of 6

B 5 (Official Form 5) (12/07) – Page     Name of Debtor AMW Environmental Services, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Bogdan Vytvytskyy | x /s/ Craig A. Goode     10/07/2013 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Bogdan Vytvytskyy     10.15.2013 | SmithAmundsen, LLC |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601 |
|  | Address |
|  | (312) 894-3200 |
|  | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bogdan Vytvytskyy, 5636 W. Barry, Chicago, IL 60641 | Money owed | 5,612.40 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims **$321,228.73**

_____ continuation sheets attached

[ Reset ]     [ Save As... ]     [ Print ]