# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMW ENVIRONMENTAL SERVICES INC. | § | Case No. 13-40931 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/18/2013 .  The undersigned trustee was appointed on 11/29/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                    $          303,446.71

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 92,938.72 |
| Bank service fees | 11,041.17 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                             $          199,466.82

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/12/2014  and the deadline for filing governmental claims was  05/12/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 18,422.34 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 18,422.34 , for a total compensation of $ 18,422.34 [2] . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 88.09 , for total expenses of $ 88.09 [2] .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2017                  By:/s/BRENDA PORTER HELMS, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

## FORM 2
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 13-40931 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | AMW ENVIRONMENTAL SERVICES INC. | | | | Date Filed (f) or Converted (c): | 10/18/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2014 |
| For Period Ending: | 05/26/2017 | | | | Claims Bar Date: | 05/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  BANK OF AMERICA CHECKING ACCOUNT | 0.05 | 0.00 | | 0.00 | FA |
| 2.  TCF BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3.  WORKERS COMP AND LIABILITY INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 4.  ACCOUNTS RECEIVABLE | 345,640.00 | 345,640.00 | | 273,446.71 | FA |
| 5.  2003 CHEVY EXPRESS VAN | Unknown | 0.00 | | 0.00 | FA |
| 6.  OFFICE EQUIPMENT, FURNISHINGS, AND | 0.00 | 0.00 | | 0.00 | FA |
| 7.  MACHINERY, FIXTURES, AND BUSINESS E | Unknown | 0.00 | | 0.00 | FA |
| 8.  NAILS HAMMERS SMALL HANDTOOLS | Unknown | 0.00 | | 0.00 | FA |
| 9.  PREFERENCE                    (u) | 0.00 | 0.00 | | 30,000.00 | FA |
| 10.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $345,640.05  $345,640.00  $303,446.71  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/2/17: In early December 2016, a creditor filed a motion to extend the time to file a proof of claim.  The hearing on motion to extend has been continued multiple times and the court has yet to rule on the motion to extend.  The Trustee is not able to prepare her TFR until such time as the Court rules on the motion to extend

9/30/16:  All claim objections resolved as of 9/22/16:  Trustee preparing TFR

TRUSTEE COLLECTING INSTALLMENT PAYMENTS FROM ACCT RECEIVABLE
OBJECTIONS TO CLAIMS HAVE BEEN FILED AND CONTINUED TO 11/7 AND 12/5 FOR RESPONSE
TRIAL ON OBJECTION TO CLAIMS SCHEDULED FOR 10/7/15

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/30/2016

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-40931

Case Name: AMW ENVIRONMENTAL SERVICES INC.

Taxpayer ID No: XX-XXX6888

For Period Ending: 05/26/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX1715

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/14 | 4 | BOARD OF ED OF CITY OF CHICAGO Chicago Public SchoolsP.O. Box 661Chicago IL 60690 | account receivable | 1121-000 | $68,500.00 | | $68,500.00 |
| 02/12/14 | 4 | BOARD OF ED OF CITY OF CHICAGO Chicago Public SchoolsP.O. Box 661Chicago IL 60690 | account receivable | 1121-000 | $33,594.08 | | $102,094.08 |
| 02/15/14 | 10001 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $97.02 | $101,997.06 |
| 02/25/14 | 4 | OAK PARK SCHOOL DISTRICT 97 | account receivable | 1121-000 | $63,900.00 | | $165,897.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $129.15 | $165,767.91 |
| 04/05/14 | 4 | VALLEY VIEW COMM UNIT SCHOOL DIST 3 755 Dalhart AveRomeoville IL 60446 | account receivable | 1121-000 | $14,507.63 | | $180,275.54 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $246.42 | $180,029.12 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $254.15 | $179,774.97 |
| 05/15/14 | 4 | COMMUNITY CONSOLIDATED SCHOOL DIST | Accounts Receivable Turned over per order 4/18/14 [dkt 47] | 1121-000 | $92,945.00 | | $272,719.97 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $378.68 | $272,341.29 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $391.81 | $271,949.48 |
| 07/25/14 | 9 | SCANNELL & ASSOCIATES 9901 S. Western  #205Chicago IL 60643 | PARTIAL SETTLEMENT ON PREFERENCE per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $276,949.48 |
| 07/25/14 | 10002 | SMITHAMUNDSENLLC | Final Distribution per court order per order 7/11/14 [dkt 56] | 3991-000 | | $7,317.50 | $269,631.98 |
| 07/25/14 | 10003 | SMITHAMUNDSEN LLC | Final Distribution per order 7/11/14 [dkt 56] | 3992-000 | | $374.36 | $269,257.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $411.39 | $268,846.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:                    $278,446.71        $9,600.48

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

FORM 2

Exhibit B

Case No: 13-40931

Case Name: AMW ENVIRONMENTAL SERVICES INC.

Taxpayer ID No: XX-XXX6888

For Period Ending: 05/26/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX1715

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/13/14 | 9 | SCANNELL & ASSOCIATES P.C. 9901 S. Western Ave.  #205Chicago IL 60643 | PARTIAL SETTLEMENT ON PREFERENCE per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $273,846.23 |
| 08/25/14 | 9 | SCANNELLL & ASSOCIATES 9901 S. Wester AveChicago IL 60643 | settlement of preference case per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $278,846.23 |
| 08/26/14 | 10004 | DAVIS & GREENE LAW LLC | ATTORNEY FEES per order [dkt 69] | 3210-000 | | $19,460.00 | $259,386.23 |
| 08/26/14 | 10005 | DAVIS & GREENE LAW LLC | attorney expenses per order [dkt 69] | 3220-000 | | $594.31 | $258,791.92 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $408.10 | $258,383.82 |
| 09/25/14 | 9 | SCANNELL & ASSOCIATES P.C. | Settlement of preference per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $263,383.82 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $374.18 | $263,009.64 |
| 11/04/14 | 9 | SCANNELLL & ASSOCIATES 9901 S. WEstern Ave  #205Chicago IL 60643 | Partial settlement per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $268,009.64 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $391.02 | $267,618.62 |
| 12/03/14 | 9 | SCANNELL & ASSOCIATES P.C. 9901 S. WesternAve.  #205Chicago IL 60643 | final installment payment per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $272,618.62 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $384.32 | $272,234.30 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $404.46 | $271,829.84 |
| 01/27/15 | 10006 | ALAN D. LASKO & ASSOCIATES P.C. | accountant's fees per order [dkt 291] | 3410-000 | | $924.60 | $270,905.24 |
| 01/27/15 | 10007 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant's expenses per order [dkt 292] | 3420-000 | | $8.96 | $270,896.28 |
| 01/27/15 | 10008 | DAVIS & GREENE LLC | ATTORNEY FEES per order [dkt 291] | 3210-000 | | $13,633.50 | $257,262.78 |
| 01/27/15 | 10009 | DAVIS & GREENE LLC | attorney expenses per order [dkt 291] | 3220-000 | | $2,609.32 | $254,653.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                                                 $25,000.00        $39,192.77

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-40931
Case Name: AMW ENVIRONMENTAL SERVICES INC.

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1715
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX6888
For Period Ending: 05/26/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $404.16 | $254,249.30 |
| 02/19/15 | 10010 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $181.89 | $254,067.41 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $343.20 | $253,724.21 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $377.20 | $253,347.01 |
| 04/28/15 | 10011 | SULIK, WITOLD | Court order #348 entered 3/27/15 | 2410-000 | | $10,000.00 | $243,347.01 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $364.51 | $242,982.50 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $366.04 | $242,616.46 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $349.04 | $242,267.42 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $360.18 | $241,907.24 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $359.65 | $241,547.59 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $347.55 | $241,200.04 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $358.60 | $240,841.44 |
| 11/20/15 | 10012 | Springer Brown LLC | Attorney fees | 3210-000 | | $6,000.00 | $234,841.44 |
| 11/24/15 | 10012 | Springer Brown LLC | Attorney fees Reversal check not mailed. Issued from incorrect account | 3210-000 | | ($6,000.00) | $240,841.44 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:         $0.00         $13,812.02

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 13-40931 | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: AMW ENVIRONMENTAL SERVICES INC. | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX1715 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6888 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/26/2017 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $346.50 | $240,494.94 |
| 12/10/15 | 10013 | Springer Brown LLC | docket #440 dated 12/9/15 | 3210-000 | | $34,006.00 | $206,488.94 |
| 12/10/15 | 10014 | Springer Brown LLC | docket #440 dated 12/9/15 | 3220-000 | | $698.82 | $205,790.12 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.25 | $205,455.87 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $305.48 | $205,150.39 |
| 02/25/16 | 10015 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $179.29 | $204,971.10 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $285.30 | $204,685.80 |
| 04/06/16 | 10016 | Alan D. Lasko & Associates, P.C. | per court order #448 entered 4/516 | 3410-000 | | $1,434.80 | $203,251.00 |
| 04/06/16 | 10017 | Alan D. Lasko & Associates, P.C. | court order #448 entered 4/5/16 | 3420-000 | | $15.84 | $203,235.16 |
| 04/06/16 | 10018 | Alan D. Lasko & Associates, P.C. | docket #449 entered 4/5/16 | 3410-000 | | $1,307.20 | $201,927.96 |
| 04/06/16 | 10019 | Alan D. lasko & Associates P.C. | docket #449 entered 4/5/16 | 3420-000 | | $12.88 | $201,915.08 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $304.31 | $201,610.77 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $291.54 | $201,319.23 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $299.29 | $201,019.94 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                Page Subtotals:                $0.00        $39,821.50

Case 13-40931   Doc 472   Filed 05/30/17   Entered 05/30/17 19:20:37   Desc Main
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 9 of 21

Case No:  13-40931
Case Name:  AMW ENVIRONMENTAL SERVICES INC.

Trustee Name:  BRENDA PORTER HELMS, TRUSTEE
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX1715
Checking Account (Non-Interest Earn

Taxpayer ID No:  XX-XXX6888
For Period Ending:  05/26/2017

Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $289.22 | $200,730.72 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $298.44 | $200,432.28 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.96 | $200,134.32 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $287.96 | $199,846.36 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.11 | $199,549.25 |
| 03/09/17 | 10020 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA  70139 | Bond #016073584 Reversal check printed without MICR cartridge | 2300-000 | | ($82.43) | $199,631.68 |
| 03/09/17 | 10020 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA  70139 | Bond #016073584 | 2300-000 | | $82.43 | $199,549.25 |
| 03/09/17 | 10021 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA  70139 | Bond # 016073584 | 2300-000 | | $82.43 | $199,466.82 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $303,446.71 | $103,979.89 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $303,446.71 | $103,979.89 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $303,446.71 | $103,979.89 |

Page Subtotals:                    $0.00        $1,553.12

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1715 - Checking Account (Non-Interest Earn | $303,446.71 | $103,979.89 | $199,466.82 |
| | $303,446.71 | $103,979.89 | $199,466.82 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $303,446.71 | |
| Total Gross Receipts: | $303,446.71 | |

Exhibit C

### ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40931-DRC                                                                      Date: May 26, 2017

Debtor Name: AMW ENVIRONMENTAL SERVICES INC.

Claims Bar Date: 5/12/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100 2100 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | | $0.00 | $18,422.34 | $18,422.34 |
| 100 2200 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | | $0.00 | $88.09 | $88.09 |
| BOND 100 2300 | Adams Levine | Administrative | | $0.00 | $361.18 | $361.18 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans, LA 70139 | Administrative | | $0.00 | $179.45 | $179.45 |
| 100 3210 | Joshua D. Greene, Esq. | Administrative | Interim attorneys fees awarded and paid totaling $67,099.50 per court orders: -8/22/14 [dkt 69] $19,460.00 -1/23/15 [dkt 291] $13,633.50 -12/4/15 [dkt 440] $34,006.00  Request for Final Fees $3,360.00 | $0.00 | $70,459.50 | $70,459.50 |
| 100 3220 | Joshua D. Greene, Esq. | Administrative | Attorneys expenses awarded and paid totaling $3,902.45 per court orders: -8/22/14 [dkt 69] $594.31 -1/23/15 [dkt 291] $2,609.32 -12/4/15 [dkt 440] $698.82 | $0.00 | $3,902.45 | $3,902.45 |
| 100 3410 | ALAN D. LASKO & ASSOCIATES 29 S. LaSalle St., Suite 1240 Chicago, IL 60603 | Administrative | Accountant fees awarded and paid totaling $3,666.00 per court orders : -1/23/15 [dkt 292] $924.60 -4/1/16 [dkt 448] $1,434.80 -4/1/16 [dkt 449] $1,307.20  Final fees requested $1,694.80 | $0.00 | $5,361.40 | $5,361.40 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40931-DRC                                                                    Date: May 26, 2017

Debtor Name: AMW ENVIRONMENTAL SERVICES INC.

Claims Bar Date: 5/12/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100<br>3420 | ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $49.84 | $49.84 |
| | | | Accountant expenses awarded and paid totaling $37.68 per court orders:<br>-1/23/15 [dkt 292] $8.96<br>-4/1/16 [dkt 448] $15.84<br>-4/1/16 [dkt 449] $12.88<br><br>Final expenses requested $12.16 | | | |
| 1<br>280<br>5800 | CONSTRUCTION & GENERAL LABORERS" DISTRICT COUNCIL<br>OF CHICAGO & VICINITY<br>SARA S. SCHUMANN<br>230 W. MONROE STREET, STE. 2600<br>CHICAGO, IL 60606 | Priority | | $0.00 | $52,868.80 | $52,868.80 |
| 2<br>280<br>5800 | LABORERS PENSION & WELFARE FUND & JAMES JORGENSEN<br>C/O SARA S SCHUMANN<br>ALLISON, SLUTSKY & KENNEDY, P.C.<br>230 W. MONROE STREET, SUITE 2600<br>CHICAGO, IL 60606 | Priority | | $0.00 | $34,076.00 | $34,076.00 |
| 3<br>300<br>7100 | THOMAS WNUKOWSKI<br>6619 PONDVIEW DR<br>TINLEY PARK, IL 60477 | Unsecured | | $0.00 | $12,600.00 | $12,600.00 |
| 4<br>300<br>7100 | BOGDAN VYTVYTSKY<br>5536 W BARRY<br>CHICAGO, IL | Unsecured | Disallowed per order 3/27/15 [dkt. 350] | $0.00 | $13,930.55 | $0.00 |
| 5<br>300<br>7100 | VASYL VAKALYUK<br>330 SHEFIELD DR<br>SCHAUMBURG, IL 60194 | Unsecured | Disallowed per order 3/27/15 [dkt. 349] | $0.00 | $5,612.40 | $0.00 |
| 6<br>300<br>7100 | ZINOWII TSIPLITSKYI<br>4708 W ADDISON ST 3B<br>CHICAGO, IL 60641 | Unsecured | Disallowed per order 2/20/15 [dkt. 318] | $0.00 | $2,606.40 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40931-DRC                                                                                    Date: May 26, 2017
Debtor Name: AMW ENVIRONMENTAL SERVICES INC.
Claims Bar Date: 5/12/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | IVAN TARAS<br>2642 N 74TH AVE<br>ELMWOOD PARK, IL 60707 | Unsecured | <br><br>Disallowed per order 2/20/15 [dkt. 323] | $0.00 | $4,959.40 | $0.00 |
| 8<br>300<br>7100 | MARCIN SWIERZOWSKI<br>C/O RICHARD L. HIRSCH P.C.<br>1500 EISENHOWER LANE,<br>SUITE 800<br>LISLE, IL 60532 | Unsecured | <br><br>Claim disallowed, as filed, per order dated 11/20/15 [dkt 436]<br>Settlement approved with Marcin Swierzowski per order dated11/20/15 [dkt 438] allowing claim #8 as a<br>general unsecured non-priority claim in the reduced amount of $43,000.00 | $0.00 | $69,367.40 | $43,000.00 |
| 9<br>300<br>7100 | ACA ROOFING<br>CONSTRUCTION<br>3433 N PONTIAC<br>CHICAGO, IL 60634 | Unsecured | | $0.00 | $5,200.00 | $5,200.00 |
| 10<br>300<br>7100 | IHOR BALATSKO<br>2511 W CHICAGO AVE<br>CHICAGO, IL 60622 | Unsecured | <br><br>Disallowed per order 2/20/15 [dkt. 329] | $0.00 | $2,100.00 | $0.00 |
| 11<br>300<br>7100 | VOLODYMYR BAZAR<br>834 N CAMPBELL AVE<br>CHICAGO, IL 60622 | Unsecured | <br><br>Disallowed per order 2/20/15 [dkt. 315] | $0.00 | $6,336.80 | $0.00 |
| 12<br>300<br>7100 | PAVLO BOSHAHORA<br>2315 N 76TH CT<br>ELMWOOD PARK, IL | Unsecured | <br><br>Disallowed per order 2/20/15 [dkt. 320] | $0.00 | $55,730.00 | $0.00 |
| 13<br>300<br>7100 | IHOR BOZHAHORA<br>2315 N 76TH CT<br>ELMWOOD PARK, IL 60707 | Unsecured | <br><br>Disallowed per order 2/20/15 [dkt. 328] | $0.00 | $20,701.40 | $0.00 |
| 14<br>300<br>7100 | OLEG FEDYK<br>2632 W IOWA<br>CHICAGO, IL 60622 | Unsecured | <br><br>Disallowed per order 2/20/15 [dkt. 317] | $0.00 | $4,199.20 | $0.00 |
| 15<br>300<br>7100 | IHOR HEVKO<br>3058 W CORTLAND<br>CHICAGO, IL 60647 | Unsecured | <br><br>Disallowed per order 2/20/15 [dkt. 321] | $0.00 | $12,334.60 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40931-DRC                                                                                          Date: May 26, 2017
Debtor Name: AMW ENVIRONMENTAL SERVICES INC.
Claims Bar Date: 5/12/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16 300 7100 | MIKHAYLO IVASENKO 2237 W IOWA STR CHICAGO, IL 60622 | Unsecured | Disallowed per order 2/20/15 [dkt. 322] | $0.00 | $7,352.60 | $0.00 |
| 17 300 7100 | BOGDAN KINAKH 2442 W CORTEZ STR CHICAGO, IL 60622 | Unsecured | Disallowed per order 2/20/15 [dkt. 324] | $0.00 | $4,746.20 | $0.00 |
| 18 300 7100 | MYKOLA KRAVCHENKO 2632 W IOWA STR CHICAGO, IL 60622 | Unsecured | Disallowed per order 2/20/15 [dkt. 316] | $0.00 | $10,856.60 | $0.00 |
| 19 300 7100 | PETRO KHRYSHCHEVSKYY 2315 N 76TH CT ELMWOOD PARK, IL 60707 | Unsecured | Disallowed per order 2/20/15 [dkt. 314] | $0.00 | $17,568.60 | $0.00 |
| 20 300 7100 | ANDRIY LYSAY 3058 W CORTLAND CHICAGO, IL 60612 | Unsecured | | $0.00 | $3,627.60 | $3,627.60 |
| 21 300 7100 | VASYL MATSYSHYN 843 N CAMPBELL CHICAGO, IL 60622 | Unsecured | Disallowed per order 2/20/15 [dkt. 319] | $0.00 | $3,185.60 | $0.00 |
| 22 300 7100 | SERHIY MURYSOV 2607 W IOWA CHICAGO, IL 60622 | Unsecured | Allowed as general unsecured nonprioirty claim per order 3/27/15 [dkt 347] | $0.00 | $7,421.00 | $3,710.50 |
| 23 300 7100 | ROMAN OSVITSIMSKYY 8936 N PARKSIDE AVE #114 DES PLAINES, IL 60016 | Unsecured | Disallowed per order 2/20/15 [dkt. 325] | $0.00 | $4,163.00 | $0.00 |
| 24 300 7100 | STEPAN SEMENYUK 2716 N LAWNDALE AVE CHICAGO, IL 60647 | Unsecured | Disallowed per order 3/27/15 [dkt 351] | $0.00 | $7,969.40 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40931-DRC                                                                              Date: May 26, 2017

Debtor Name: AMW ENVIRONMENTAL SERVICES INC.

Claims Bar Date: 5/12/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 25 300 7100 | STEPAN SEREDA 3649 N NORDICA CHICAGO, IL 60633 | Unsecured | Disallowed per order 2/20/15 [dkt. 327] | $0.00 | $12,958.20 | $0.00 |
| 26 300 7100 | YEVSTAKHIY SHTYRA 1010 N HOYNE AVE CHICAGO, IL 60622 | Unsecured | Disallowed per order 2/20/15 [dkt. 326] | $0.00 | $4,731.20 | $0.00 |
| 27 300 7100 | JERZY SREBRNY 5645 W GORGE STR CHICAGO, IL 60634 | Unsecured | | $0.00 | $14,918.55 | $14,918.55 |
| 28 300 7100 | WITOLD SULIK C/O RICHARD L. HIRSCH P.C. 1500 EISENHOWER LANE SUITE 800 LISLE, IL 60532 | Unsecured | Claim disallowed per order dated 11/20/15 [dkt 435] Settlement approved with Witold Sulik per order dated 11/20/15 [dkt 439] allowing claim #28 as a general unsecured non-priority claim in the reduced amount of $85,850.85 | $0.00 | $101,001.00 | $85,850.85 |
| 29 300 7100 | WITOLD SULIK SUPERIOR PIPE STANDARDS INC 3128 S 61ST AVE IL 60804 | Unsecured | | $0.00 | $1,326.86 | $1,326.86 |
| 30 300 7100 | VORTEX ENTERPRISES, INC. JASON J DEJONKER SEYFARTH SHAW LLP 131 S DEARBORN STREET SUITE 2400 CHICAGO, IL 60603 | Unsecured | | $0.00 | $45,641.00 | $45,641.00 |
| 31 300 7100 | RES QUALITY SERVICES INC GREGORY E KULIS GREGORY E KULIS & ASSOCIATES LTD 30 N LASALLE ST SUITE 2140 CHICAGO, IL 60603 | Unsecured | Disallowed per order 5/8/15 [dkt 369] | $0.00 | $0.00 | $0.00 |
| 32 300 7100 | RES QUALITY SERVICES INC GREGORY E KULIS GREGORY E KULIS & ASSOCIATES LTD 30 N LASALLE ST SUITE 2140 CHICAGO, IL 60603 | Unsecured | Disallowed per order 5/8/15 [dkt 370] | $0.00 | $500,000.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40931-DRC                                                                 Date: May 26, 2017

Debtor Name: AMW ENVIRONMENTAL SERVICES INC.

Claims Bar Date: 5/12/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 33 300 7100 | RES QUALITY SERVICES INC GREGORY E KULIS GREGORY E KULIS & ASSOCIATES LTD 30 N LASALLE ST SUITE 2140 CHICAGO, IL 60603 | Unsecured | Disallowed per order 5/8/15 [dkt 371] | $0.00 | $500,000.00 | $0.00 |
| 34 300 7100 | RES ENVIRONMENTAL SERVICES INC GREGORY E KULIS GREGORY E KULIS & ASSOCIATES LTD 30 N LASALLE ST SUITE 2140 CHICAGO, IL 60603 | Unsecured | Disallowed per order 5/8/15 [dkt 372] | $0.00 | $500,000.00 | $0.00 |
| 35 300 7100 | OCCUPATIONAL TRAINING & SUPPLY INC TIMOTHY M KELLY/SCANNELL & ASSOCIATES PC 9901 S WESTERN AVENUE SUITE 100 CHICAGO, IL 60643 | Unsecured | | $0.00 | $30,000.00 | $30,000.00 |
| 36 300 7100 | GINA B. KROL, TRUSTEE FOR ESTATE OF ADAM SULIK COHEN & KROL 105 W. MADISON ST., STE. 1100 CHICAGO, IL 60602 | Unsecured | Allowed as timely filed claim per order 4/17/15 [dkt 361] | $0.00 | $201,000.00 | $201,000.00 |
| 37 300 7100 | COMMERCIAL FLOOR COVERING ASSOCIATES C/O BILL PORTER 2000 S BATAVIA RD #200 GENEVA, IL 60134 | Unsecured | Disallowed as secured and allowed as general unsecured nonpriority claim per order 9/18/15 [dkt 407] | $0.00 | $9,000.00 | $9,000.00 |
| | Case Totals | | | $0.00 | $2,388,914.61 | $641,644.41 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-40931
Case Name: AMW ENVIRONMENTAL SERVICES INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                              $            199,466.82

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 18,422.34 | $ 0.00 | $ 18,422.34 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 88.09 | $ 0.00 | $ 88.09 |
| Attorney for Trustee Fees: Joshua D. Greene, Esq. | $ 70,459.50 | $ 67,099.50 | $ 3,360.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES | $ 5,361.40 | $ 3,666.60 | $ 1,694.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES | $ 49.84 | $ 37.68 | $ 12.16 |
| Other: Adams Levine | $ 361.18 | $ 361.18 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD | $ 179.45 | $ 179.45 | $ 0.00 |
| Other: Joshua D. Greene, Esq. | $ 3,902.45 | $ 3,902.45 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          23,577.39

Remaining Balance                                              $          175,889.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 86,944.80  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CONSTRUCTION & GENERAL LABORERS" DISTRICT COUNCIL | $        52,868.80 | $             0.00 | $        52,868.80 |
| 2 | LABORERS PENSION & WELFARE FUND & JAMES JORGENSEN | $        34,076.00 | $             0.00 | $        34,076.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 86,944.80 |
| Remaining Balance | $ | 88,944.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 455,875.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | THOMAS WNUKOWSKI | $        12,600.00 | $             0.00 | $          2,458.35 |
| 4 | BOGDAN VYTVYTSKY | $               0.00 | $             0.00 | $                 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | VASYL VAKALYUK | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | ZINOWII TSIPLITSKYI | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | IVAN TARAS | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | MARCIN SWIERZOWSKI | $ 43,000.00 | $ 0.00 | $ 8,389.62 |
| 9 | ACA ROOFING CONSTRUCTION | $ 5,200.00 | $ 0.00 | $ 1,014.56 |
| 10 | IHOR BALATSKO | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | VOLODYMYR BAZAR | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | PAVLO BOSHAHORA | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | IHOR BOZHAHORA | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | OLEG FEDYK | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | IHOR HEVKO | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | MIKHAYLO IVASENKO | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | BOGDAN KINAKH | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | MYKOLA KRAVCHENKO | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | PETRO KHRYSHCHEVSKYY | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | ANDRIY LYSAY | $ 3,627.60 | $ 0.00 | $ 707.77 |
| 21 | VASYL MATSYSHYN | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 | SERHIY MURYSOV | $ 3,710.50 | $ 0.00 | $ 723.95 |
| 23 | ROMAN OSVITSIMSKYY | $ 0.00 | $ 0.00 | $ 0.00 |
| 24 | STEPAN SEMENYUK | $ 0.00 | $ 0.00 | $ 0.00 |
| 25 | STEPAN SEREDA | $ 0.00 | $ 0.00 | $ 0.00 |
| 26 | YEVSTAKHIY SHTYRA | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | JERZY SREBRNY | $ 14,918.55 | $ 0.00 | $ 2,910.72 |
| 28 | WITOLD SULIK | $ 85,850.85 | $ 0.00 | $ 16,750.13 |
| 29 | WITOLD SULIK | $ 1,326.86 | $ 0.00 | $ 258.88 |
| 30 | VORTEX ENTERPRISES, INC. | $ 45,641.00 | $ 0.00 | $ 8,904.89 |
| 31 | RES QUALITY SERVICES INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 32 | RES QUALITY SERVICES INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 33 | RES QUALITY SERVICES INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 34 | RES ENVIRONMENTAL SERVICES INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 35 | OCCUPATIONAL TRAINING & SUPPLY INC | $ 30,000.00 | $ 0.00 | $ 5,853.22 |
| 36 | GINA B. KROL, TRUSTEE FOR ESTATE OF ADAM SULIK | $ 201,000.00 | $ 0.00 | $ 39,216.58 |
| 37 | COMMERCIAL FLOOR COVERING ASSOCIATES | $ 9,000.00 | $ 0.00 | $ 1,755.96 |

Total to be paid to timely general unsecured creditors     $ 88,944.63

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE