IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )   NO.  13-40931
                                          )
AMW ENVIRONMENTAL SERVICES, INC.          )   HON. JANET BAER
                                          )   BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 1st day of June, 2017 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

# Northern District of Illinois
# Claims Register

## 13-40931 AMW Environmental Services, Inc.

| | |
|---|---|
| **Hon.:** Janet S. Baer | **Chapter:** 7 |
| **Office:** Chicago | **Last Date to file claims:** 05/12/2014 |
| **Trustee:** Brenda Porter Helms ESQ | **Last Date to file (Govt):** 05/12/2014 |

| Creditor:  (21503481)  History | Claim No: 1 | Status: |
|---|---|---|
| Construction & General Laborers' District Council of Chicago & Vicinity Sara S. Schumann 230 W. Monroe Street, Ste. 2600 Chicago, IL 60606 | Original Filed Date: 02/07/2014 Original Entered Date: 02/07/2014 Last Amendment Filed: 02/10/2014 Last Amendment Entered: 02/10/2014 | Filed by: CR Entered by: Sara Schumann Modified: 02/12/2014 |

| Amount | claimed: | $52868.80 | | ||| |
|---|---|---|---|---|
| Priority | claimed: | $52868.80 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 1-1 | 02/07/2014 | Claim #1 filed by Construction & General Laborers' District Council, Amount claimed: $52868.80 (Schumann, Sara ) |
| Details | 1-2 | 02/10/2014 | Amended Claim #1 filed by Construction & General Laborers' District Council, Amount claimed: $52868.80 (Schumann, Sara ) |

Description: (1-1) Unpaid wages within 180 days of close of business
(1-2) Amended to include Power of Attorney

Remarks: (1-1) See of Attached Audit
(1-2) Modified on 2.12.2014 to correct creditor's name (MG)

| Creditor:  (21507647)  History | Claim No: 2 | Status: |
|---|---|---|
| Laborers Pension & Welfare Fund & James Jorgensen c/o Sara S Schumann Allison, Slutsky & Kennedy, P.C. 230 W. Monroe Street, Suite 2600 Chicago, IL 60606 | Original Filed Date: 02/10/2014 Original Entered Date: 02/10/2014 | Filed by: AT Entered by: Sara Schumann Modified: 03/03/2014 |

| Amount | claimed: | $34076.00 | | ||| |
|---|---|---|---|---|
| Priority | claimed: | $34076.00 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 2-1 | 02/10/2014 | Claim #2 filed by Laborers Pension & Welfare Fund & James Jorgensen, Amount claimed: $34076.00 (Schumann, Sara ) |

Description:

Remarks: (2-1) Modified on 03.03.2014 to correct creditor's name (MG)

| Creditor:    (21366815)    History<br>Thomas Wnukowski<br>6619 Pondview Dr<br>Tinley Park, IL 60477 | Claim No: 3<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |

| Amount | claimed: | $12600.00 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 04/28/2014 | Claim #3 filed by Thomas Wnukowski, Amount claimed: $12600.00 (Gonzalez, Maribel ) |

Description:

Remarks:

| Creditor:    (21366783)    History<br>Bogdan Vytvytsky<br>5536 W Barry<br>Chicago, IL | Claim No: 4<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |

| Amount | claimed: | $13930.55 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 04/28/2014 | Claim #4 filed by Bogdan Vytvytsky, Amount claimed: $13930.55 (Gonzalez, Maribel ) |
| | 70 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 4 of Bogdan Vytvytskyy Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 350 | 03/27/2015 | Order Disallowing Claim(s) 4 (RE: 70 Objection to Claim). Signed on 3/27/2015 (Mendoza, Catherine) |

Description:

Remarks:

| Creditor:    (21366810)    History<br>Vasyl Vakalyuk | Claim No: 5<br>Original Filed<br>Date: 04/28/2014 | Status:<br>Filed by: CR |

| History: | | | |
|---|---|---|---|
| Details | 5-1 | 04/28/2014 | Claim #5 filed by Vasyl Vakalyuk, Amount claimed: $5612.40 (Gonzalez, Maribel ) |
| | 78 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 5 of Vasyl Vakalyuk Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 349 | 03/27/2015 | Order Disallowing Claim(s) 5 (RE: 78 Objection to Claim). Signed on 3/27/2015 (Mendoza, Catherine) |

Description:

Remarks:

| 330 Shefield Dr<br>Schaumburg, IL 60194 | *Original Entered*<br>*Date:* 04/29/2014 | *Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $5612.40 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 5-1 | 04/28/2014 | Claim #5 filed by Vasyl Vakalyuk, Amount claimed: $5612.40 (Gonzalez, Maribel ) |
| | 78 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 5 of Vasyl Vakalyuk Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 349 | 03/27/2015 | Order Disallowing Claim(s) 5 (RE: 78 Objection to Claim). Signed on 3/27/2015 (Mendoza, Catherine) |

| Description: |
|---|
| Remarks: |

| *Creditor:*    (21860890)<br>Zinowii Tsiplitskyi<br>4708 W Addison St 3B<br>Chicago, IL 60641 | **Claim No: 6**<br>*Original Filed*<br>*Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2606.40 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 6-1 | 04/28/2014 | Claim #6 filed by Zinowii Tsiplitskyi, Amount claimed: $2606.40 (Gonzalez, Maribel ) |
| | 110 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 6 of zinowii tsiplitskyi Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 318 | 02/20/2015 | Order Disallowing Claim(s) 6 (RE: 110 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| Remarks: |

| History: | | | |
|---|---|---|---|
| Details | 7-1 | 04/28/2014 | Claim #7 filed by Ivan Taras, Amount claimed: $4959.40 (Gonzalez, Maribel ) |
| | 111 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 7 of Ivan Taras Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Greene, Joshua) |
| | 323 | 02/20/2015 | Order Disallowing Claim(s) 7 (RE: 111 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| Remarks: |

| Creditor:   (21366791)   History<br>Ivan Taras<br>2642 N 74th Ave<br>Elmwood Park, IL 60707 | Claim No: 7<br>*Original Filed*<br>*Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014 | *Status:*<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>*Modified:* |
|---|---|---|

Amount claimed: $4959.40

**History:**

| Details | 7-1 | 04/28/2014 | Claim #7 filed by Ivan Taras, Amount claimed: $4959.40 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 111 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 7 of Ivan Taras Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Greene, Joshua) |
| | 323 | 02/20/2015 | Order Disallowing Claim(s) 7 (RE: 111 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

Description:

Remarks:

| Creditor:   (21366778)   History<br>Marcin Swierzowski<br>c/o Richard L. Hirsch P.C.<br>1500 Eisenhower Lane, Suite 800<br>Lisle, IL 60532 | Claim No: 8<br>*Original Filed*<br>*Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014<br>*Last Amendment*<br>*Filed:* 12/11/2014<br>*Last Amendment*<br>*Entered:* 12/11/2014 | *Status:*<br>Filed by: CR<br>Entered by: Richard L Hirsh<br>*Modified:* 12/12/2014 |
|---|---|---|

Amount claimed: $69367.40

**History:**

| Details | 8-1 | 04/28/2014 | Claim #8 filed by Marcin Swierzowski, Amount claimed: $69367.40 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 112 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 8 of Marcin Swierzowski Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| Details | 8-2 | 12/11/2014 | Amended Claim #8 filed by Marcin Swierzowski, Amount claimed: $69367.40 (Hirsh, Richard ) |
| | 357 | 04/06/2015 | Notice of Hearing and Objection to Claim(s) 8,28,29 of Witold Sulik, Marcin Swierzowski Filed by Gregory E. Kulis on behalf of RES Environmental Services, Inc., RES QUALITY SERVICES, INC.. Hearing scheduled for 5/8/2015 at 11:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Proposed Order) (Kulis, Gregory) |
| | 374 | 05/08/2015 | Order Denying Objection to Claim 8,28,29 (RE: 357 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |
| | 436 | 11/20/2015 | Order Disallowing Claim(s) 8 (RE: 112 Objection to Claim). Signed on 11/20/2015 (Mendoza, Catherine) |

Description:

| Remarks: (8-2) **Modified to correct creditor's address (Modified on 12/12/14)cm** |
|---|

| Creditor:        (21366779)    History<br>ACA Roofing Construction<br>3433 N Pontiac<br>Chicago, IL 60634 | Claim No: 9<br>*Original Filed<br>Date:* 04/28/2014<br>*Original Entered<br>Date:* 04/29/2014 | Status:<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount claimed: $5200.00 |
|---|

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 04/28/2014 | Claim #9 filed by ACA Roofing Construction, Amount claimed: $5200.00 (Gonzalez, Maribel ) |
| Description: | | | |
| Remarks: | | | |

| Creditor:        (21860912)<br>Ihor Balatsko<br>2511 W Chicago Ave<br>Chicago, IL 60622 | Claim No: 10<br>*Original Filed<br>Date:* 04/28/2014<br>*Original Entered<br>Date:* 04/29/2014 | Status:<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount claimed: $2100.00 |
|---|

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 04/28/2014 | Claim #10 filed by Ihor Balatsko, Amount claimed: $2100.00 (Gonzalez, Maribel ) |
| | 71 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 10 of Ihor Balatsko Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 329 | 02/20/2015 | Order Disallowing Claim(s) 10 (RE: 71 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |
| Description: | | | |
| Remarks: | | | |

| History: | | | |
|---|---|---|---|
| Details | 11-1 | 04/28/2014 | Claim #11 filed by Volodymyr Bazar, Amount claimed: $6336.80 (Gonzalez, Maribel ) |
| | 113 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 11 of Volodymyr Bazar Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 315 | 02/20/2015 | Order Disallowing Claim(s) 11 (RE: 113 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (21366811) History<br>Volodymyr Bazar<br>834 N Campbell Ave<br>Chicago, IL 60622 | Claim No: 11<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount | claimed: | $6336.80 | | |||
|---|---|---|---|---|

**History:**

| Details | 11-1 | 04/28/2014 | Claim #11 filed by Volodymyr Bazar, Amount claimed: $6336.80 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 113 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 11 of Volodymyr Bazar Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 315 | 02/20/2015 | Order Disallowing Claim(s) 11 (RE: 113 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| **Remarks:** |

| Creditor: (21366800) History<br>Pavlo Boshahora<br>2315 N 76th Ct<br>Elmwood Park, IL | Claim No: 12<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount | claimed: | $55730.00 | | |||
|---|---|---|---|---|

**History:**

| Details | 12-1 | 04/28/2014 | Claim #12 filed by Pavlo Boshahora, Amount claimed: $55730.00 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 74 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 12 of Pavlo Bozhahora Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 320 | 02/20/2015 | Order Disallowing Claim(s) 12 (RE: 74 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| **Remarks:** |

| Creditor: (21366788) History<br>Ihor Bozhahora<br>2315 N 76th Ct<br>Elmwood Park, IL 60707 | Claim No: 13<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

Amount claimed: $20701.40

**History:**

| Details | 13-1 | 04/28/2014 | Claim #13 filed by Ihor Bozhahora, Amount claimed: $20701.40 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 72 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 13 of Ihor Bozhahora Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 328 | 02/20/2015 | Order Disallowing Claim(s) 13 (RE: 72 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

Description:

Remarks:

| Creditor: (21366799) History<br>Oleg Fedyk<br>2632 W Iowa<br>Chicago, IL 60622 | Claim No: 14<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

Amount claimed: $4199.20

**History:**

| Details | 14-1 | 04/28/2014 | Claim #14 filed by Oleg Fedyk, Amount claimed: $4199.20 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 73 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 14 of Oleg Fedyk Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Greene, Joshua) |
| | 317 | 02/20/2015 | Order Disallowing Claim(s) 14 (RE: 73 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

Description:

Remarks:

| Creditor:        (21366789)  History<br>Ihor Hevko<br>3058 W Cortland<br>Chicago, IL 60647 | **Claim No: 15**<br>*Original Filed<br>Date:* 04/28/2014<br>*Original Entered<br>Date:* 04/29/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

Amount claimed: $12334.60

| History: | | | |
|---|---|---|---|
| Details | 15-1 | 04/28/2014 | Claim #15 filed by Ihor Hevko, Amount claimed: $12334.60 (Gonzalez, Maribel ) |
| | 114 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 15 of Ihor Hevko Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Greene, Joshua) |
| | 321 | 02/20/2015 | Order Disallowing Claim(s) 15 (RE: 114 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:*

| Creditor:        (21366794)  History<br>Mikhaylo Ivasenko<br>2237 W Iowa Str<br>Chicago, IL 60622 | **Claim No: 16**<br>*Original Filed<br>Date:* 04/28/2014<br>*Original Entered<br>Date:* 04/29/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

Amount claimed: $7352.60

| History: | | | |
|---|---|---|---|
| Details | 16-1 | 04/28/2014 | Claim #16 filed by Mikhaylo Ivasenko, Amount claimed: $7352.60 (Gonzalez, Maribel ) |
| | 115 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 16 of Mykhaylo Ivasenko Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 322 | 02/20/2015 | Order Disallowing Claim(s) 16 (RE: 115 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:*

| Creditor:       (21366782)   History<br>Bogdan Kinakh<br>2442 W Cortez Str<br>Chicago, IL 60622 | Claim No: 17<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount claimed: $4746.20 ||| |
|---|

**History:**

| Details | 17-1 | 04/28/2014 | Claim #17 filed by Bogdan Kinakh, Amount claimed: $4746.20 (Gonzalez, Maribel ) |
|---|---|---|---|
|  | 116 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 17 of Bogdan Kinakh Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
|  | 324 | 02/20/2015 | Order Disallowing Claim(s) 17 (RE: 116 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| **Remarks:** |

| Creditor:       (21366796)   History<br>Mykola Kravchenko<br>2632 W Iowa Str<br>Chicago, IL 60622 | Claim No: 18<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount claimed: $10856.60 ||| |
|---|

**History:**

| Details | 18-1 | 04/28/2014 | Claim #18 filed by Mykola Kravchenko, Amount claimed: $10856.60 (Gonzalez, Maribel ) |
|---|---|---|---|
|  | 117 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 18 of Mykola Kravchenko Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
|  | 316 | 02/20/2015 | Order Disallowing Claim(s) 18 (RE: 117 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| **Remarks:** |

| Creditor:    (21366802)    History<br>Petro Khryshchevskyy<br>2315 N 76th Ct<br>Elmwood Park, IL 60707 | Claim No: 19<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount claimed: $17568.60 | | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 19-1 | 04/28/2014 | Claim #19 filed by Petro Khryshchevskyy, Amount claimed: $17568.60 (Gonzalez, Maribel ) |
| | 75 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 19 of Petro Khryshchevskyy Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 314 | 02/20/2015 | Order Disallowing Claim(s) 19 (RE: 75 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| Remarks: |

| Creditor:    (21862386)<br>Andriy Lysay<br>3058 W Cortland<br>Chicago, IL 60612 | Claim No: 20<br>Original Filed<br>Date: 04/28/2014<br>Original Entered<br>Date: 04/29/2014 | Status:<br>Filed by: CR<br>Entered by: Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount claimed: $3627.60 | | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 20-1 | 04/28/2014 | Claim #20 filed by Andriy Lysay, Amount claimed: $3627.60 (Gonzalez, Maribel ) |

| Description: |
|---|
| Remarks: |

| Creditor:    (21862393)<br>Vasyl Matsyshyn | Claim No: 21<br>Original Filed | Status:<br>Filed by: CR |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 21-1 | 04/28/2014 | Claim #21 filed by Vasyl Matsyshyn, Amount claimed: $3185.60 (Gonzalez, Maribel ) |
| | 118 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 21 of Vasyl Matsyshyn Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 319 | 02/20/2015 | Order Disallowing Claim(s) 21 (RE: 118 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| Remarks: |

| 843 N Campbell<br>Chicago, IL 60622 | *Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014 | *Entered by:* Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount | claimed: | $3185.60 | | |
|---|---|---|---|---|

*History:*

| Details | 21-1 | 04/28/2014 | Claim #21 filed by Vasyl Matsyshyn, Amount claimed: $3185.60 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 118 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 21 of Vasyl Matsyshyn Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 319 | 02/20/2015 | Order Disallowing Claim(s) 21 (RE: 118 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:*

| *Creditor:*    (21366804)    History<br>Serhiy Murysov<br>2607 W Iowa<br>Chicago, IL 60622 | **Claim No: 22**<br>*Original Filed*<br>*Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>Modified: |
|---|---|---|

| Amount | claimed: | $7421.00 | | |
|---|---|---|---|---|

*History:*

| Details | 22-1 | 04/28/2014 | Claim #22 filed by Serhiy Murysov, Amount claimed: $7421.00 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 122 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 22 of Serhiy Murysov Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 345 | 03/27/2015 | (E)Order Mooting Objection to Claim 22 (RE: 122 Objection to Claim). Signed on 3/27/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:*

| Creditor:        (21366803)    History<br>Roman Osvitsimskyy<br>8936 N Parkside Ave #114<br>Des Plaines, IL 60016 | Claim No: 23<br>*Original Filed<br>Date:* 04/28/2014<br>*Original Entered<br>Date:* 04/29/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $4163.00 | | | |

| History: | | | |
|---|---|---|---|
| Details | 23-1 | 04/28/2014 | Claim #23 filed by Roman Osvitsimskyy, Amount claimed: $4163.00 (Gonzalez, Maribel ) |
| | 119 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 23 of Roman Osvitsimskyy Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 325 | 02/20/2015 | Order Disallowing Claim(s) 23 (RE: 119 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: | |
| Remarks: | |

| Creditor:        (21862562)<br>Stepan Semenyuk<br>2716 N Lawndale Ave<br>Chicago, IL 60647 | Claim No: 24<br>*Original Filed<br>Date:* 04/28/2014<br>*Original Entered<br>Date:* 04/29/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $7969.40 | | | |

| History: | | | |
|---|---|---|---|
| Details | 24-1 | 04/28/2014 | Claim #24 filed by Stepan Semenyuk, Amount claimed: $7969.40 (Gonzalez, Maribel ) |
| | 76 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 24 of Stepan Semenyuk Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 351 | 03/27/2015 | Order Disallowing Claim(s) 24 (RE: 76 Objection to Claim). Signed on 3/27/2015 (Mendoza, Catherine) |

| Description: | |
| Remarks: | |

| Creditor: (21862582)<br>Stepan Sereda<br>3649 N Nordica<br>Chicago, IL 60633 | Claim No: 25<br>*Original Filed*<br>*Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014 | Status:<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount claimed: $12958.20 |
|---|

| History: | | | |
|---|---|---|---|
| Details | 25-1 | 04/28/2014 | Claim #25 filed by Stepan Sereda, Amount claimed: $12958.20 (Gonzalez, Maribel) |
| | 77 | 08/27/2014 | Notice of Hearing and Objection to Claim(s) 25 of Stepan Serada Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 327 | 02/20/2015 | Order Disallowing Claim(s) 25 (RE: 77 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| Remarks: |

| Creditor: (21366816)  History<br>Yevstakhiy Shtyra<br>1010 N Hoyne Ave<br>Chicago, IL 60622 | Claim No: 26<br>*Original Filed*<br>*Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014 | Status:<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |
|---|---|---|

| Amount claimed: $4731.20 |
|---|

| History: | | | |
|---|---|---|---|
| Details | 26-1 | 04/28/2014 | Claim #26 filed by Yevstakhiy Shtyra, Amount claimed: $4731.20 (Gonzalez, Maribel ) |
| | 120 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 26 of Yevstakhiy Shtyra Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 326 | 02/20/2015 | Order Disallowing Claim(s) 26 (RE: 120 Objection to Claim). Signed on 2/20/2015 (Mendoza, Catherine) |

| Description: |
|---|
| Remarks: |

| Creditor: (21366792) History Jerzy Srebrny 5645 W Gorge Str Chicago, IL 60634 | Claim No: 27 Original Filed Date: 04/28/2014 Original Entered Date: 04/29/2014 | Status: Filed by: CR Entered by: Maribel Gonzalez Modified: |
|---|---|---|

| Amount claimed: | $14918.55 | |
|---|---|---|

**History:**

| Details | 27-1 | 04/28/2014 | Claim #27 filed by Jerzy Srebrny, Amount claimed: $14918.55 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 121 | 10/03/2014 | Notice of Hearing and Objection to Claim(s) 27 of Jerzy Srebrny Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 11/7/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(Greene, Joshua) |
| | 346 | 03/27/2015 | (E)Order Withdrawing Objection to Claim 27 (RE: 121 Objection to Claim). Signed on 3/27/2015 (Mendoza, Catherine) |

**Description:**

**Remarks:**

| Creditor: (21366814) History Witold Sulik c/o Richard L. Hirsch P.C. 1500 Eisenhower Lane Suite 800 Lisle, IL 60532 | Claim No: 28 Original Filed Date: 04/28/2014 Original Entered Date: 04/29/2014 Last Amendment Filed: 10/21/2015 Last Amendment Entered: 10/21/2015 | Status: Filed by: CR Entered by: Richard L Hirsh Modified: 12/12/2014 |
|---|---|---|

| Amount claimed: | $101001.00 | |
|---|---|---|

**History:**

| Details | 28-1 | 04/28/2014 | Claim #28 filed by Witold Sulik, Amount claimed: $114846.94 (Gonzalez, Maribel ) |
|---|---|---|---|
| | 68 | 08/25/2014 | Notice of Hearing and Objection to Claim(s) 28 of Witold Sulik Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/26/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order)(Greene, Joshua) |
| Details | 28-2 | 12/11/2014 | Amended Claim #28 filed by Witold Sulik, Amount claimed: $101001.00 (Hirsh, Richard ) |
| | 357 | 04/06/2015 | Notice of Hearing and Objection to Claim(s) 8,28,29 of Witold Sulik, Marcin Swierzowski Filed by Gregory E. Kulis on behalf of RES Environmental Services, Inc., RES QUALITY SERVICES, INC.. Hearing scheduled for 5/8/2015 at 11:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Proposed Order)(Kulis, Gregory) |
| | 374 | 05/08/2015 | Order Denying Objection to Claim 8,28,29 (RE: 357 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |
| Details | 28-3 | 10/21/2015 | Amended Claim #28 filed by Witold Sulik, Amount claimed: $101001.00 (Hirsh, Richard ) |

| | 435 | 11/20/2015 | Order Disallowing Claim(s) 28 (RE: 68 Objection to Claim). Signed on 11/20/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:* (28-2) **Modified to correct creditor's address (Modified on 12/12/14)cm**

---

| **Creditor:** (21862691)<br>Witold Sulik<br>Superior Pipe Standards Inc<br>3128 S 51st Ave<br>IL 60804 | **Claim No: 29**<br>*Original Filed*<br>*Date:* 04/28/2014<br>*Original Entered*<br>*Date:* 04/29/2014 | **Status:**<br>*Filed by:* CR<br>*Entered by:* Maribel Gonzalez<br>*Modified:* |

| Amount claimed: $1326.86 |

*History:*

| Details | 29-1 | 04/28/2014 | Claim #29 filed by Witold Sulik, Amount claimed: $1326.86 (Gonzalez, Maribel ) |
| | 357 | 04/06/2015 | Notice of Hearing and Objection to Claim(s) 8,28,29 of Witold Sulik, Marcin Swierzowski Filed by Gregory E. Kulis on behalf of RES Environmental Services, Inc., RES QUALITY SERVICES, INC.. Hearing scheduled for 5/8/2015 at 11:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Proposed Order)(Kulis, Gregory) |
| | 374 | 05/08/2015 | Order Denying Objection to Claim 8,28,29 (RE: 357 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:*

---

| **Creditor:** (21913016) History<br>Vortex Enterprises, Inc.<br>Jason J DeJonker<br>Seyfarth Shaw LLP<br>131 S Dearborn Street Suite 2400<br>Chicago, IL 60603 | **Claim No: 30**<br>*Original Filed*<br>*Date:* 05/09/2014<br>*Original Entered*<br>*Date:* 05/09/2014 | **Status:**<br>*Filed by:* CR<br>*Entered by:* Jason J DeJonker<br>*Modified:* 06/12/2014 |

| Amount claimed: $45641.00 |

*History:*

| Details | 30-1 | 05/09/2014 | Claim #30 filed by Vortex Enterprises, Inc., Amount claimed: $45641.00 (DeJonker, Jason ) |

*Description:* (30-1) See attached addendum

*Remarks:* (30-1) Modified on 6.12.2014 to correct creditor's address (MG)

---

| **Creditor:** (21921059) History<br>RES Quality Services Inc<br>Gregory E Kulis<br>Gregory E Kulis & Associates Ltd<br>30 N LaSalle St Suite 2140<br>Chicago, IL 60603 | **Claim No: 31**<br>*Original Filed*<br>*Date:* 05/12/2014<br>*Original Entered*<br>*Date:* 05/12/2014 | **Status:**<br>*Filed by:* CR<br>*Entered by:* Gregory E. Kulis<br>*Modified:* 05/13/2014 |

| Amount claimed: $0.00 |

*History:*

| Details | 31-1 | 05/12/2014 | Claim #31 filed by RES Quality Services Inc, Amount claimed: $0.00 (Kulis, Gregory ) |
|---|---|---|---|
| | 57 | 07/23/2014 | Notice of Hearing and Objection to Claim(s) 31 of RES Quality Services, Inc. Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 8/22/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)(Greene, Joshua) |
| | 333 | 03/12/2015 | Notice of Hearing and Objection to Claim(s) 31,32,33,34 of RES Environmental Services; RES Quality Services Filed by Richard L Hirsh on behalf of Witold Sulik, Marcin Swierzowski. Hearing scheduled for 3/27/2015 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A - State Court Judgment # 2 Exhibit B Claims # 3 Exhibit C - Addendum # 4 Exhibit D - State Court Complaint # 5 Proposed Order) (Hirsh, Richard) |
| | 369 | 05/08/2015 | Order Disallowing Claim(s) 31 (RE: 57 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |
| | 373 | 05/08/2015 | Order Denying Objection to Claim 31,32,33,34 as moot. (RE: 333 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:* (31-1) Incorrect PDF, Filer Notified (MG)

---

| Creditor: (21921059) History | Claim No: 32 | Status: |
|---|---|---|
| RES Quality Services Inc<br>Gregory E Kulis<br>Gregory E Kulis & Associates Ltd<br>30 N LaSalle St Suite 2140<br>Chicago, IL 60603 | *Original Filed*<br>*Date:* 05/12/2014<br>*Original Entered*<br>*Date:* 05/12/2014 | *Filed by:* CR<br>*Entered by:* Gregory E. Kulis<br>*Modified:* 06/19/2014 |

| Amount claimed: | $500000.00 | |
|---|---|---|

*History:*

| Details | 32-1 | 05/12/2014 | Claim #32 filed by RES Quality Services Inc, Amount claimed: $500000.00 (Kulis, Gregory ) |
|---|---|---|---|
| | 58 | 07/23/2014 | Notice of Hearing and Objection to Claim(s) 32 of RES quality services Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 8/22/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)(Greene, Joshua) Modified on 7/24/2014 **Incorrect Proposed Order, Filer Notified to Refile** (Mendoza, Catherine). |
| | 333 | 03/12/2015 | Notice of Hearing and Objection to Claim(s) 31,32,33,34 of RES Environmental Services; RES Quality Services Filed by Richard L Hirsh on behalf of Witold Sulik, Marcin Swierzowski. Hearing scheduled for 3/27/2015 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A - State Court Judgment # 2 Exhibit B Claims # 3 Exhibit C - Addendum # 4 Exhibit D - State Court Complaint # 5 Proposed Order) (Hirsh, Richard) |
| | 370 | 05/08/2015 | Order Disallowing Claim(s) 32 (RE: 58 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |
| | 373 | 05/08/2015 | Order Denying Objection to Claim 31,32,33,34 as moot. (RE: 333 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |

*Description:*

*Remarks:* (32-1) Modified on 6.19.2014 to correct creditor's name (MG)

| Creditor:  (21921059)  History<br>RES Quality Services Inc<br>Gregory E Kulis<br>Gregory E Kulis & Associates Ltd<br>30 N LaSalle St Suite 2140<br>Chicago, IL 60603 | Claim No: 33<br>Original Filed<br>Date: 05/12/2014<br>Original Entered<br>Date: 05/12/2014 | Status:<br>Filed by: CR<br>Entered by: Gregory E. Kulis<br>Modified: 06/19/2014 |
|---|---|---|

| Amount | claimed: | $500000.00 | | ||| |

**History:**

| Details | 33-1 | 05/12/2014 | Claim #33 filed by RES Quality Services Inc, Amount claimed: $500000.00 (Kulis, Gregory ) |
|---|---|---|---|
| | 59 | 07/23/2014 | Notice of Hearing and Objection to Claim(s) 33 of RES Quality Services, Inc. Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 8/22/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)(Greene, Joshua) |
| | 333 | 03/12/2015 | Notice of Hearing and Objection to Claim(s) 31,32,33,34 of RES Environmental Services; RES Quality Services Filed by Richard L Hirsh on behalf of Witold Sulik, Marcin Swierzowski. Hearing scheduled for 3/27/2015 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A - State Court Judgment # 2 Exhibit B Claims # 3 Exhibit C - Addendum # 4 Exhibit D - State Court Complaint # 5 Proposed Order)(Hirsh, Richard) |
| | 371 | 05/08/2015 | Order Disallowing Claim(s) 33 (RE: 59 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |
| | 373 | 05/08/2015 | Order Denying Objection to Claim 31,32,33,34 as moot. (RE: 333 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |

**Description:**

**Remarks:** (33-1) Modified on 6.19.2014 to correct creditor's name (MG)

| Creditor:  (21921060)  History<br>RES Environmental Services Inc<br>Gregory E Kulis<br>Gregory E Kulis & Associates Ltd<br>30 N LaSalle St Suite 2140<br>Chicago, IL 60603 | Claim No: 34<br>Original Filed<br>Date: 05/12/2014<br>Original Entered<br>Date: 05/12/2014 | Status:<br>Filed by: CR<br>Entered by: Gregory E. Kulis<br>Modified: 06/19/2014 |
|---|---|---|

| Amount | claimed: | $500000.00 | | ||| |

**History:**

| Details | 34-1 | 05/12/2014 | Claim #34 filed by RES Environmental Services Inc, Amount claimed: $500000.00 (Kulis, Gregory ) |
|---|---|---|---|
| | 60 | 07/23/2014 | **Incorrect PDF, Filer Notified to Refile** Notice of Hearing and Objection to Claim(s) 34 of RES Environmental Services, Inc. Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 8/22/2014 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)(Greene, Joshua) Modified on 7/24/2014 (Mendoza, Catherine). |
| | 333 | 03/12/2015 | Notice of Hearing and Objection to Claim(s) 31,32,33,34 of RES Environmental Services; RES Quality Services Filed by Richard L Hirsh on behalf of Witold Sulik, Marcin Swierzowski. Hearing scheduled for 3/27/2015 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. |

| | | | (Attachments: # 1 Exhibit A - State Court Judgment # 2 Exhibit B Claims # 3 Exhibit C - Addendum # 4 Exhibit D - State Court Complaint # 5 Proposed Order) (Hirsh, Richard) |
|---|---|---|---|
| | 372 | 05/08/2015 | Order Disallowing Claim(s) 34 (RE: 60 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |
| | 373 | 05/08/2015 | Order Denying Objection to Claim 31,32,33,34 as moot. (RE: 333 Objection to Claim). Signed on 5/8/2015 (Mendoza, Catherine) |

Description:

Remarks: (34-1) Modified on 6.19.2014 to correct creditor's name (MG)

---

| Creditor: (21948428) Occupational Training & Supply Inc Timothy M Kelly/Scannell & Associates PC 9901 S Western Avenue Suite 100 Chicago, IL 60643 | Claim No: 35 Original Filed Date: 05/16/2014 Original Entered Date: 05/19/2014 | Status: Filed by: CR Entered by: Maribel Gonzalez Modified: |
|---|---|---|

| Amount | claimed: | $30000.00 | | |
|---|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 35-1 | 05/16/2014 | Claim #35 filed by Occupational Training & Supply Inc, Amount claimed: $30000.00 (Gonzalez, Maribel ) |

Description:

Remarks:

---

| Creditor: (23148265) Gina B. Krol, Trustee for estate of Adam Sulik Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Claim No: 36 Original Filed Date: 04/07/2015 Original Entered Date: 04/07/2015 | Status: Filed by: CR Entered by: E. Philip Groben Modified: |
|---|---|---|

| Amount | claimed: | $201000.00 | | |
|---|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 36-1 | 04/07/2015 | Claim #36 filed by Gina B. Krol, Trustee for estate of Adam Sulik, Amount claimed: $201000.00 (Groben, E. Philip ) |

Description: (36-1) Money Loaned

Remarks:

---

| Creditor: (21366785) History Commercial Floor Covering Associates c/o Bill Porter 2000 S Batavia Rd #200 Geneva, IL 60134 | Claim No: 37 Original Filed Date: 07/29/2015 Original Entered Date: 07/29/2015 | Status: Filed by: CR Entered by: David W Porter Modified: 07/30/2015 |
|---|---|---|

| Amount | claimed: | $9000.00 | | |
|---|---|---|---|---|
| Secured | claimed: | $9000.00 | | |

| History: | | |
|---|---|---|
| Details | 37-1 | 07/29/2015 |

| | | | |
|---|---|---|---|
| | | | Claim #37 filed by Commercial Floor Covering Associates, Amount claimed: $9000.00 (Porter, David ) |
| | 395 | 08/11/2015 | Notice of Hearing and Objection to Claim(s) 37 of Commercial Floor Covering Associates Filed by Joshua D. Greene on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 9/18/2015 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Proposed Order)(Greene, Joshua) |
| | 407 | 09/18/2015 | Order Sustaining Objection and Modifying Claim(s) 37 disallowed as a secured claim and allowed as a general non-priority unsecured claim. (RE: 395 Objection to Claim). Signed on 9/18/2015 (Mendoza, Catherine) |
| | 418 | 10/19/2015 | Notice of Motion and Motion to Reconsider Order on Claim #37 (related documents 407 Order on Claim) Filed by David W Porter on behalf of Commercial Floor Covering Associates. (Porter, David) Modified on 10/24/2015 **Notice of Motion Missing, Filer re-filed, see #420 (Sims, Mildred).** |
| | 432 | 10/30/2015 | Order Denying for the Reasons Stated on the Record Motion To Reconsider Order on Claim #37 (Related Doc # 418). Signed on 10/30/2015. (Mendoza, Catherine) |

*Description:* (37-1) Judgement for goods and services provided (flooring installation)

*Remarks:* (37-1) **Modified to correct creditor's address (Modified on 7/30/2015)cm**

# Claims Register Summary

**Case Name:** AMW Environmental Services, Inc.
**Case Number:** 13-40931
**Chapter:** 7
**Date Filed:** 10/18/2013
**Total Number Of Claims:** 37

| | |
|---|---|
| **Total Amount Claimed\*** | $2290090.36 |
| **Total Amount Allowed\*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $9000.00 | |
| **Priority** | $86944.80 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/01/2017 15:21:07 | | | |
| PACER Login: | Trustee5150:2566571:0 | Client Code: | |
| | | | |

| Description: | Claims Register | Search Criteria: | 13-40931 Filed or Entered From: 1/1/2013 Filed or Entered To: 6/1/2017 |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.40 |