UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMW ENVIRONMENTAL SERVICES INC. | § § § | Case No. 13-40931 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.05                          Assets Exempt: NA
*(Without deducting any secured claims)*


Total Distributions to Claimants: 175,889.43    Claims Discharged
                                                Without Payment:  NA


Total Expenses of Administration: 127,557.28

---

    3) Total gross receipts of $ 303,446.71  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 303,446.71  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 127,557.28 | 127,557.28 | 127,557.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 47,692.23 | 86,944.80 | 86,944.80 | 86,944.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,253.89 | 2,130,996.41 | 383,726.21 | 88,944.63 |
| **TOTAL DISBURSEMENTS** | $ 167,946.12 | $ 2,345,498.49 | $ 598,228.29 | $ 303,446.71 |

    4)  This case was originally filed under chapter 7 on  10/18/2013 .  The case was pending for 51 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/20/2017            By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 273,446.71 |
| PREFERENCE | 1241-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$303,446.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M. Swierczowski | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 18,422.34 | 18,422.34 | 18,422.34 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 88.09 | 88.09 | 88.09 |
| Adams Levine | 2300-000 | NA | 361.18 | 361.18 | 361.18 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 179.45 | 179.45 | 179.45 |
| SULIK, WITOLD | 2410-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| ASSOCIATED BANK | 2600-000 | NA | 11,041.17 | 11,041.17 | 11,041.17 |
| Joshua D. Greene, Esq. | 3210-000 | NA | 70,459.50 | 70,459.50 | 70,459.50 |
| Joshua D. Greene, Esq. | 3220-000 | NA | 3,902.45 | 3,902.45 | 3,902.45 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 5,361.40 | 5,361.40 | 5,361.40 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 49.84 | 49.84 | 49.84 |
| SMITHAMUNDSENLLC | 3991-000 | NA | 7,317.50 | 7,317.50 | 7,317.50 |
| SMITHAMUNDSEN LLC | 3992-000 | NA | 374.36 | 374.36 | 374.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 127,557.28 | $ 127,557.28 | $ 127,557.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CONSTRUCTION & GENERAL LABORERS" DISTRICT COUNCIL | 5800-000 | NA | 52,868.80 | 52,868.80 | 52,868.80 |
| 2 | LABORERS PENSION & WELFARE FUND & JAMES JORGENSEN | 5800-000 | 47,692.23 | 34,076.00 | 34,076.00 | 34,076.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 47,692.23 | $ 86,944.80 | $ 86,944.80 | $ 86,944.80 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Century Tile | | 13,522.66 | NA | NA | 0.00 |
| | Exxon Mobile | | 1,700.00 | NA | NA | 0.00 |
| | Home Depot | | 7,463.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I. Pyatko | | 0.00 | NA | NA | 0.00 |
| | M. Kucha | | 0.00 | NA | NA | 0.00 |
| | N. Matthews | | 0.00 | NA | NA | 0.00 |
| | Pegas Windo | | 2,572.00 | NA | NA | 0.00 |
| | S. Ambroziak | | 0.00 | NA | NA | 0.00 |
| | Sherwin Williams | | 3,000.00 | NA | NA | 0.00 |
| | W. Toms | | 0.00 | NA | NA | 0.00 |
| 9 | ACA ROOFING CONSTRUCTION | 7100-000 | NA | 5,200.00 | 5,200.00 | 1,205.32 |
| 20 | ANDRIY LYSAY | 7100-000 | NA | 3,627.60 | 3,627.60 | 840.85 |
| 17 | BOGDAN KINAKH | 7100-000 | NA | 4,746.20 | 0.00 | 0.00 |
| 4 | BOGDAN VYTVYTSKY | 7100-000 | 0.00 | 13,930.55 | 0.00 | 0.00 |
| 37 | COMMERCIAL FLOOR COVERING ASSOCIATES | 7100-000 | 9,000.00 | 9,000.00 | 9,000.00 | 2,086.13 |
| 36 | GINA B. KROL, TRUSTEE FOR ESTATE OF ADAM SULIK | 7100-000 | NA | 128,850.85 | 128,850.85 | 29,866.58 |
| 10 | IHOR BALATSKO | 7100-000 | NA | 2,100.00 | 0.00 | 0.00 |
| 13 | IHOR BOZHAHORA | 7100-000 | 0.00 | 20,701.40 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | IHOR HEVKO | 7100-000 | 0.00 | 12,334.60 | 0.00 | 0.00 |
| 7 | IVAN TARAS | 7100-000 | 0.00 | 4,959.40 | 0.00 | 0.00 |
| 27 | JERZY SREBRNY | 7100-000 | 0.00 | 14,918.55 | 14,918.55 | 3,458.00 |
| 8 | MARCIN SWIERZOWSKI | 7100-000 | 0.00 | 69,367.40 | 43,000.00 | 9,967.05 |
| 16 | MIKHAYLO IVASENKO | 7100-000 | 0.00 | 7,352.60 | 0.00 | 0.00 |
| 18 | MYKOLA KRAVCHENKO | 7100-000 | 0.00 | 10,856.60 | 0.00 | 0.00 |
| 35 | OCCUPATIONAL TRAINING & SUPPLY INC | 7100-000 | 36,192.37 | 30,000.00 | 30,000.00 | 6,953.76 |
| 14 | OLEG FEDYK | 7100-000 | 0.00 | 4,199.20 | 0.00 | 0.00 |
| 12 | PAVLO BOSHAHORA | 7100-000 | 0.00 | 55,730.00 | 0.00 | 0.00 |
| 19 | PETRO KHRYSHCHEVSKYY | 7100-000 | 0.00 | 17,568.60 | 0.00 | 0.00 |
| 34 | RES ENVIRONMENTAL SERVICES INC | 7100-000 | NA | 500,000.00 | 0.00 | 0.00 |
| 31 | RES QUALITY SERVICES INC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 32 | RES QUALITY SERVICES INC | 7100-000 | NA | 500,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 33 | RES QUALITY SERVICES INC | 7100-000 | NA | 500,000.00 | 0.00 | 0.00 |
| 23 | ROMAN OSVITSIMSKYY | 7100-000 | 0.00 | 4,163.00 | 0.00 | 0.00 |
| 22 | SERHIY MURYSOV | 7100-000 | 0.00 | 7,421.00 | 3,710.50 | 860.06 |
| 24 | STEPAN SEMENYUK | 7100-000 | 0.00 | 7,969.40 | 0.00 | 0.00 |
| 25 | STEPAN SEREDA | 7100-000 | 0.00 | 12,958.20 | 0.00 | 0.00 |
| 3 | THOMAS WNUKOWSKI | 7100-000 | NA | 12,600.00 | 12,600.00 | 2,920.58 |
| 21 | VASYL MATSYSHYN | 7100-000 | 0.00 | 3,185.60 | 0.00 | 0.00 |
| 5 | VASYL VAKALYUK | 7100-000 | 0.00 | 5,612.40 | 0.00 | 0.00 |
| 11 | VOLODYMYR BAZAR | 7100-000 | 0.00 | 6,336.80 | 0.00 | 0.00 |
| 30 | VORTEX ENTERPRISES, INC. | 7100-000 | 45,477.00 | 45,641.00 | 45,641.00 | 10,579.21 |
| 28 | WITOLD SULIK | 7100-000 | 0.00 | 101,001.00 | 85,850.85 | 19,899.53 |
| 29 | WITOLD SULIK | 7100-000 | 1,326.86 | 1,326.86 | 1,326.86 | 307.56 |
| 26 | YEVSTAKHIY SHTYRA | 7100-000 | 0.00 | 4,731.20 | 0.00 | 0.00 |
| 6 | ZINOWII TSIPLITSKYI | 7100-000 | 0.00 | 2,606.40 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 120,253.89 | $ 2,130,996.41 | $ 383,726.21 | $ 88,944.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-40931 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | AMW ENVIRONMENTAL SERVICES INC. | | | | Date Filed (f) or Converted (c): | 10/18/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2014 |
| For Period Ending: | 12/20/2017 | | | | Claims Bar Date: | 05/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA CHECKING ACCOUNT | 0.05 | 0.00 | | 0.00 | FA |
| 2. TCF BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3. WORKERS COMP AND LIABILITY INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 345,640.00 | 345,640.00 | | 273,446.71 | FA |
| 5. 2003 CHEVY EXPRESS VAN | Unknown | 0.00 | | 0.00 | FA |
| 6. OFFICE EQUIPMENT, FURNISHINGS, AND | 0.00 | 0.00 | | 0.00 | FA |
| 7. MACHINERY, FIXTURES, AND BUSINESS E | Unknown | 0.00 | | 0.00 | FA |
| 8. NAILS HAMMERS SMALL HANDTOOLS | Unknown | 0.00 | | 0.00 | FA |
| 9. PREFERENCE (u) | 0.00 | 0.00 | | 30,000.00 | FA |
| 10. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $345,640.05   $345,640.00   $303,446.71   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/2/17: In early December 2016, a creditor filed a motion to extend the time to file a proof of claim.  The hearing on motion to extend has been continued multiple times and the court has yet to rule on the motion to extend.  The Trustee is not able to prepare her TFR until such time as the Court rules on the motion to extend

9/30/16:  All claim objections resolved as of 9/22/16:  Trustee preparing TFR

TRUSTEE COLLECTING INSTALLMENT PAYMENTS FROM ACCT RECEIVABLE
OBJECTIONS TO CLAIMS HAVE BEEN FILED AND CONTINUED TO 11/7 AND 12/5 FOR RESPONSE
TRIAL ON OBJECTION TO CLAIMS SCHEDULED FOR 10/7/15

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Initial Projected Date of Final Report (TFR): 12/31/2015   Current Projected Date of Final Report (TFR): 12/30/2016

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-40931 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: AMW ENVIRONMENTAL SERVICES INC. | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1715 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6888 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/14 | 4 | BOARD OF ED OF CITY OF CHICAGO Chicago Public SchoolsP.O. Box 661Chicago IL 60690 | account receivable | 1121-000 | $68,500.00 | | $68,500.00 |
| 02/12/14 | 4 | BOARD OF ED OF CITY OF CHICAGO Chicago Public SchoolsP.O. Box 661Chicago IL 60690 | account receivable | 1121-000 | $33,594.08 | | $102,094.08 |
| 02/15/14 | 10001 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $97.02 | $101,997.06 |
| 02/25/14 | 4 | OAK PARK SCHOOL DISTRICT 97 | account receivable | 1121-000 | $63,900.00 | | $165,897.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $129.15 | $165,767.91 |
| 04/05/14 | 4 | VALLEY VIEW COMM UNIT SCHOOL DIST 3 755 Dalhart AveRomeoville IL 60446 | account receivable | 1121-000 | $14,507.63 | | $180,275.54 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $246.42 | $180,029.12 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $254.15 | $179,774.97 |
| 05/15/14 | 4 | COMMUNITY CONSOLIDATED SCHOOL DIST | Accounts Receivable Turned over per order 4/18/14 [dkt 47] | 1121-000 | $92,945.00 | | $272,719.97 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $378.68 | $272,341.29 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $391.81 | $271,949.48 |
| 07/25/14 | 9 | SCANNELL & ASSOCIATES 9901 S. Western #205Chicago IL 60643 | PARTIAL SETTLEMENT ON PREFERENCE per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $276,949.48 |
| 07/25/14 | 10002 | SMITHAMUNDSENLLC | Final Distribution per court order per order 7/11/14 [dkt 56] | 3991-000 | | $7,317.50 | $269,631.98 |
| 07/25/14 | 10003 | SMITHAMUNDSEN LLC | Final Distribution per order 7/11/14 [dkt 56] | 3992-000 | | $374.36 | $269,257.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $411.39 | $268,846.23 |
| | | | Page Subtotals: | | $278,446.71 | $9,600.48 | |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-40931
Case Name: AMW ENVIRONMENTAL SERVICES INC.
Taxpayer ID No: XX-XXX6888
For Period Ending: 12/20/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1715
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/13/14 | 9 | SCANNELL & ASSOCIATES P.C. 9901 S. Western Ave. #205Chicago IL 60643 | PARTIAL SETTLEMENT ON PREFERENCE per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $273,846.23 |
| 08/25/14 | 9 | SCANNELLL & ASSOCIATES 9901 S. Wester AveChicago IL 60643 | settlement of preference case per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $278,846.23 |
| 08/26/14 | 10004 | DAVIS & GREENE LAW LLC | ATTORNEY FEES per order [dkt 69] | 3210-000 | | $19,460.00 | $259,386.23 |
| 08/26/14 | 10005 | DAVIS & GREENE LAW LLC | attorney expenses per order [dkt 69] | 3220-000 | | $594.31 | $258,791.92 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $408.10 | $258,383.82 |
| 09/25/14 | 9 | SCANNELL & ASSOCIATES P.C. | Settlement of preference per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $263,383.82 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $374.18 | $263,009.64 |
| 11/04/14 | 9 | SCANNELLL & ASSOCIATES 9901 S. WEstern Ave #205Chicago IL 60643 | Partial settlement per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $268,009.64 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $391.02 | $267,618.62 |
| 12/03/14 | 9 | SCANNELL & ASSOCIATES P.C. 9901 S. WesternAve. #205Chicago IL 60643 | final installment payment per order 6/6/14 [dkt 53] | 1241-000 | $5,000.00 | | $272,618.62 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $384.32 | $272,234.30 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $404.46 | $271,829.84 |
| 01/27/15 | 10006 | ALAN D. LASKO & ASSOCIATES P.C. | accountant's fees per order [dkt 291] | 3410-000 | | $924.60 | $270,905.24 |
| 01/27/15 | 10007 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant's expenses per order [dkt 292] | 3420-000 | | $8.96 | $270,896.28 |
| 01/27/15 | 10008 | DAVIS & GREENE LLC | ATTORNEY FEES per order [dkt 291] | 3210-000 | | $13,633.50 | $257,262.78 |
| 01/27/15 | 10009 | DAVIS & GREENE LLC | attorney expenses per order [dkt 291] | 3220-000 | | $2,609.32 | $254,653.46 |

Page Subtotals:   $25,000.00   $39,192.77

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 13-40931 | |
| Case Name: | AMW ENVIRONMENTAL SERVICES INC. | |
| Taxpayer ID No: | XX-XXX6888 | |
| For Period Ending: | 12/20/2017 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | Associated Bank | |
| Account Number/CD#: | XXXXXX1715 | |
| | Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $404.16 | $254,249.30 |
| 02/19/15 | 10010 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $181.89 | $254,067.41 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $343.20 | $253,724.21 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $377.20 | $253,347.01 |
| 04/28/15 | 10011 | SULIK, WITOLD | Court order #348 entered 3/27/15 | 2410-000 | | $10,000.00 | $243,347.01 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $364.51 | $242,982.50 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $366.04 | $242,616.46 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $349.04 | $242,267.42 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $360.18 | $241,907.24 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $359.65 | $241,547.59 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $347.55 | $241,200.04 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $358.60 | $240,841.44 |
| 11/20/15 | 10012 | Springer Brown LLC | Attorney fees | 3210-000 | | $6,000.00 | $234,841.44 |
| 11/24/15 | 10012 | Springer Brown LLC | Attorney fees Reversal check not mailed. Issued from incorrect account | 3210-000 | | ($6,000.00) | $240,841.44 |

| | | |
|---|---|---|
| | Page Subtotals: | $0.00 $13,812.02 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-40931 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: AMW ENVIRONMENTAL SERVICES INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1715 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6888 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $346.50 | $240,494.94 |
| 12/10/15 | 10013 | Springer Brown LLC | docket #440 dated 12/9/15 | 3210-000 | | $34,006.00 | $206,488.94 |
| 12/10/15 | 10014 | Springer Brown LLC | docket #440 dated 12/9/15 | 3220-000 | | $698.82 | $205,790.12 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.25 | $205,455.87 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $305.48 | $205,150.39 |
| 02/25/16 | 10015 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $179.29 | $204,971.10 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $285.30 | $204,685.80 |
| 04/06/16 | 10016 | Alan D. Lasko & Associates, P.C. | per court order #448 entered 4/516 | 3410-000 | | $1,434.80 | $203,251.00 |
| 04/06/16 | 10017 | Alan D. Lasko & Associates, P.C. | court order #448 entered 4/5/16 | 3420-000 | | $15.84 | $203,235.16 |
| 04/06/16 | 10018 | Alan D. Lasko & Associates, P.C. | docket #449 entered 4/5/16 | 3410-000 | | $1,307.20 | $201,927.96 |
| 04/06/16 | 10019 | Alan D. lasko & Associates P.C. | docket #449 entered 4/5/16 | 3420-000 | | $12.88 | $201,915.08 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $304.31 | $201,610.77 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $291.54 | $201,319.23 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $299.29 | $201,019.94 |

Page Subtotals: $0.00  $39,821.50

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-40931 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | AMW ENVIRONMENTAL SERVICES INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1715 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6888 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $289.22 | $200,730.72 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $298.44 | $200,432.28 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.96 | $200,134.32 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $287.96 | $199,846.36 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.11 | $199,549.25 |
| 03/09/17 | 10020 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 Reversal check printed without MICR cartridge | 2300-000 | | ($82.43) | $199,631.68 |
| 03/09/17 | 10020 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 | 2300-000 | | $82.43 | $199,549.25 |
| 03/09/17 | 10021 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond # 016073584 | 2300-000 | | $82.43 | $199,466.82 |
| 06/26/17 | 10033 | WITOLD SULIK C/O RICHARD L. HIRSCH P.C. 1500 EISENHOWER LANE SUITE 800 LISLE, IL 60532 | Final distribution to claim 28 representing a payment of 23.18 % per court order. Reversal wrong payee | 7100-000 | | ($19,899.53) | $219,366.35 |
| 06/26/17 | 10022 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Distribution | | | $18,510.43 | $200,855.92 |
| | | THE HELMS LAW FIRM PC | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | ($18,422.34) | | |
| | | THE HELMS LAW FIRM PC | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | ($88.09) | | |

| | Page Subtotals: | $0.00 | $164.02 |
| --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-40931 | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | AMW ENVIRONMENTAL SERVICES INC. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX1715 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6888 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/17 | 10023 | Joshua D. Greene, Esq. | Final distribution representing a payment of 4.77 % per court order. | 3210-000 | | $3,360.00 | $197,495.92 |
| 06/26/17 | 10024 | ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Distribution | | | $1,706.96 | $195,788.96 |
| | | ALAN D. LASKO & ASSOCIATES | Final distribution representing a payment of 31.61 % per court order. ($1,694.80) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES | Final distribution representing a payment of 24.40 % per court order. ($12.16) | 3420-000 | | | |
| 06/26/17 | 10025 | CONSTRUCTION & GENERAL LABORERS" DISTRICT COUNCIL OF CHICAGO & VICINITY<br>SARA S. SCHUMANN<br>230 W. MONROE STREET, STE. 2600<br>CHICAGO, IL 60606 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $52,868.80 | $142,920.16 |
| 06/26/17 | 10026 | LABORERS PENSION & WELFARE FUND & JAMES JORGENSEN<br>C/O SARA S SCHUMANN<br>ALLISON, SLUTSKY & KENNEDY, P.C.<br>230 W. MONROE STREET, SUITE 2600<br>CHICAGO, IL 60606 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $34,076.00 | $108,844.16 |
| 06/26/17 | 10027 | THOMAS WNUKOWSKI<br>6619 PONDVIEW DR<br>TINLEY PARK, IL 60477 | Final distribution to claim 3 representing a payment of 23.18 % per court order. | 7100-000 | | $2,920.58 | $105,923.58 |
| 06/26/17 | 10028 | MARCIN SWIERZOWSKI<br>C/O RICHARD L. HIRSCH P.C.<br>1500 EISENHOWER LANE, SUITE 800<br>LISLE, IL 60532 | Final distribution to claim 8 representing a payment of 23.18 % per court order. | 7100-000 | | $9,967.05 | $95,956.53 |
| 06/26/17 | 10029 | ACA ROOFING CONSTRUCTION<br>3433 N PONTIAC<br>CHICAGO, IL 60634 | Final distribution to claim 9 representing a payment of 23.18 % per court order. | 7100-000 | | $1,205.32 | $94,751.21 |
| 06/26/17 | 10030 | ANDRIY LYSAY<br>3058 W CORTLAND<br>CHICAGO, IL 60612 | Final distribution to claim 20 representing a payment of 23.18 % per court order. | 7100-000 | | $840.85 | $93,910.36 |

Page Subtotals: $0.00    $106,945.56

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-40931 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: AMW ENVIRONMENTAL SERVICES INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1715 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6888 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/17 | 10031 | SERHIY MURYSOV<br>2607 W IOWA<br>CHICAGO, IL 60622 | Final distribution to claim 22 representing a payment of 23.18 % per court order. | 7100-000 | | $860.06 | $93,050.30 |
| 06/26/17 | 10032 | JERZY SREBRNY<br>5645 W GORGE STR<br>CHICAGO, IL 60634 | Final distribution to claim 27 representing a payment of 23.18 % per court order. | 7100-000 | | $3,458.00 | $89,592.30 |
| 06/26/17 | 10033 | WITOLD SULIK<br>C/O RICHARD L. HIRSCH P.C.<br>1500 EISENHOWER LANE SUITE 800<br>LISLE, IL 60532 | Final distribution to claim 28 representing a payment of 23.18 % per court order. | 7100-000 | | $19,899.53 | $69,692.77 |
| 06/26/17 | 10034 | WITOLD SULIK<br>SUPERIOR PIPE STANDARDS INC<br>3128 S 61ST AVE<br>IL 60804 | Final distribution to claim 29 representing a payment of 23.18 % per court order. | 7100-000 | | $307.56 | $69,385.21 |
| 06/26/17 | 10035 | VORTEX ENTERPRISES, INC.<br>JASON J DEJONKER<br>SEYFARTH SHAW LLP<br>131 S DEARBORN STREET SUITE 2400<br>CHICAGO, IL 60603 | Final distribution to claim 30 representing a payment of 23.18 % per court order. | 7100-000 | | $10,579.21 | $58,806.00 |
| 06/26/17 | 10036 | OCCUPATIONAL TRAINING & SUPPLY INC<br>TIMOTHY M KELLY/SCANNELL & ASSOCIATES PC<br>9901 S WESTERN AVENUE SUITE 100<br>CHICAGO, IL 60643 | Final distribution to claim 35 representing a payment of 23.18 % per court order. | 7100-000 | | $6,953.76 | $51,852.24 |
| 06/26/17 | 10037 | GINA B. KROL, TRUSTEE FOR ESTATE OF ADAM SULIK<br>COHEN & KROL<br>105 W. MADISON ST., STE. 1100<br>CHICAGO, IL 60602 | Final distribution to claim 36 representing a payment of 23.18 % per court order. | 7100-000 | | $29,866.58 | $21,985.66 |
| 06/26/17 | 10038 | COMMERCIAL FLOOR COVERING ASSOCIATES<br>C/O BILL PORTER<br>2000 S BATAVIA RD #200<br>GENEVA, IL 60134 | Final distribution to claim 37 representing a payment of 23.18 % per court order. | 7100-000 | | $2,086.13 | $19,899.53 |
| 06/26/17 | 10039 | Richard L. Hirsh P.C. | Final distribution to claim 28 representing a payment of 23.18 % per court order.<br>Claim 28 | 7100-000 | | $19,899.53 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $93,910.36 | |

UST Form 101-7-TDR (10/1/2010) (Page: 17)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-40931 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | AMW ENVIRONMENTAL SERVICES INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1715 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6888 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/17 | 10030 | ANDRIY LYSAY<br>3058 W CORTLAND<br>CHICAGO, IL 60612 | Final distribution to claim 20 representing a payment of 23.18 % per court order. Reversal | 7100-000 | | ($840.85) | $840.85 |
| 11/17/17 | 10040 | Clerk U.S. Bankruptcy Court | deposit of unclaimed funds claim 20 | 7100-000 | | $840.85 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $303,446.71 | $303,446.71 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $303,446.71 | $303,446.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $303,446.71 | $303,446.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*    Page Subtotals:    $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1715 - Checking Account (Non-Interest Earn | $303,446.71 | $303,446.71 | $0.00 |
| | $303,446.71 | $303,446.71 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $303,446.71 |
| Total Gross Receipts: | $303,446.71 |

Page Subtotals:    $0.00    $0.00